Additional questions to Mr. Davis: 11/3/2015; 11:56 a.m.
Confirmed with Mr. Davis that he no longer works for Select.

### Did you have a conversation with Mr. Downing about his termination in person:
-Yes, on January 14, 2014, he did have a conversation with Mr. Downing about his termination.

### Was anyone else involved in that discussion about Mr. Downing's termination when you met with Mr. Downing in person:
-No, it was just Mr. Davis and Mr. Downing.

### Were you part of a telephone conversation with Mr. Murray, Ms. Klonowski and Mr. Downing regarding Mr. Downing's termination:
-Mr. Davis stated that he did not recall being a part of the telephone conversation, it must have just been Mr. Murray and Ms. Klonowski on the telephone conversation; Mr. Davis spoke with Mr. Murray prior to his return to work on January 14, 2014 about Mr. Downing's termination.



EXHIBIT A